64 A.3d 627

**COMMONWEALTH of Pennsylvania, Petitioner,**

**v.**

**Angel ROSA, Respondent.**

**Commonwealth of Pennsylvania, Petitioner,**

**v.**

**John Frank, Respondent.**

Supreme Court of Pennsylvania.

March 27, 2013.

***ORDER***

PER CURIAM.

**AND NOW,** this 27th day of March 2013, the Petition for Allowance of Appeal in the above matters is **GRANTED.** The

Superior Court Order is **VACATED** and the matters are **REMANDED** to the Superior Court for reconsideration in a manner consistent with *Commonwealth v.Cruttenden,* 619 Pa. 123, 58 A.3d 95 (2012).